March 17, 2006

Mr. Marshall M. Searcy Jr.
201 Main Street, Suite 2500
Fort Worth, TX 76102

Mr. Wade Caven Crosnoe
701 Brazos, Suite 1500
Austin, TX 78701

Mr. William L. Kirkman
201 Main Street, Suite 1400
Fort Worth, TX 76102-3118

Mr. R. H. Wallace Jr.
777 Main Street, Suite 3800
Fort Worth, TX 76102

Mr. Walker C. Friedman
604 East 4th Street, Suite 200
Fort Worth, TX 76102

Mr. John L. Malesovas
Malesovas & Martin, L.L.P.
P.O. Box 1709
Waco, TX 76703-1709

RE: Case Number: 04-0141
 Court of Appeals Number: 02-03-00307-CV
 Trial Court Number: 067-186659-01

Style: IN RE VESTA INSURANCE GROUP, INC., ET AL.

Dear Counsel:

 Pursuant to Texas Rule of Appellate Procedure 52.8(c), without hearing
oral argument, the Court conditionally granted the petition for writ of
mandamus and issued the enclosed per curiam opinion in the above-referenced
cause. Real party in Interest's Motion to Partially Lift Stay to Allow
Discovery is dismissed as moot. The stay order issued February 25, 2004 is
lifted.

 Sincerely,
 [pic]
 Andrew Weber, Clerk
 by Claudia Jenks, Chief Deputy Clerk
Enclosures
|cc:|Honorable Jeff Walker |
| |Ms. Stephanie Lavake |
| |Honorable Donald J. |
| |Cosby |
| |Mr. Thomas A. Wilder |